19771. McCOY *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 9, 1929.

*A. J. McDonald & Son,* for plaintiff in error.
*T. Hoyt Davis, solicitor-general,* contra.